PROB 12B
(7/93)

Report Date: June 20, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUN 26 2012

JAMES R. LARSEN, Clerk
_____Deputy
Spokane, Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eve Marie Mercado       Case Number: 2:07CR06009-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 7/10/2007      Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Date Supervision Commenced: 11/3/2010

Original Sentence: Prison - 51 Months; TSR - 36 Months

Date Supervision Expires: 11/2/2013

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   The defendant shall attend and successfully complete an approved cognitive-behavioral based program as directed by the probation officer.

20   If the defendant is unable to secure lawful employment, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

### CAUSE

Ms. Mercado has requested a transfer of her supervised release to the District of Nebraska due to her fiance's new job. The U.S. Probation Office in the District of Nebraska has accepted transfer of the defendant's supervision contingent upon the addition of the aforementioned conditions of supervised release. These conditions are being requested based on the defendant's identified risk assessment needs. Ms. Mercado has agreed to comply with the additional conditions as directed by the supervising probation officer. It should be noted, Ms. Mercado has been on supervised release for over a year and half and has done remarkable well. She has complied with her court-ordered conditions thus far, and has maintained law-abiding behavior.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/20/2012

s/SanJuanita B. Coronado

SanJuanita B Coronado
U.S. Probation Officer

Prob 12B
**Re: Mercado, Eve Marie**
**June 20, 2012**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✗] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

6/26/2012
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   The defendant shall attend and successfully complete an approved cognitive-behavioral based program as directed by the probation officer.

20   If the defendant is unable to secure lawful employment, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.


Witness: _____     Signed: _____
         SanJuanita B Coronado                    Eve Marie Mercado
         U.S. Probation Officer                   Probationer or Supervised Releasee


                         _____
                                   Date